No. 09–9264.  GUZMAN-PADILLA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9350.  WHITLOCK *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9415.  BALDWIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9434.  BELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9509.  AUSTIN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9553.  ZACCAGNINI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9625.  AJETUNMOBI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9714.  CONEY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9804.  HEADLEY-OMBLER *v.* HOLDER, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9944.  PEREDA-REBOLLO *v.* UNITED STATES; and
No. 09–10100.  PRECIADO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of these petitions.